STATE of Missouri, Respondent,

v.

Charles J. ANDERSON, Appellant.

No. WD 33153.

Missouri Court of Appeals,
Western District.

May 31, 1983.

Motion For Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Aug. 2, 1983.

James W. Fletcher, Public Defender,
Anne Hall, Asst. Public Defender, Kansas
City, for appellant.

John Ashcroft, Atty. Gen., Lew A. Kollias, Asst. Atty. Gen., Jefferson City, for
respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction and sentence of two years for stealing
without consent. Applicable statutes are
§ 569.030 and § 558.011, RSMo 1978.

No jurisprudential purpose would be
served by a written opinion. Judgment affirmed.

Rule 30.25(b).

All concur.